# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY PUTNAM and BENJAMIN MORROW, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:12-0132 |
| | ) | Judge Trauger |
| MONTGOMERY COUNTY SHERIFF'S DEPARTMENT, in its official capacity, and NORMAN LEWIS, Sheriff, in his official capacity, | ) ) ) ) | Magistrate Judge Griffin |
| Defendants. | ) | |

## O R D E R

On December 20, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 62), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all pending motions (Docket Nos. 33, 34, 47, 53, 57) are **DENIED**, and this case is **DISMISSED** in its entirety as moot.

It is so **ORDERED**.

ENTER this 15th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge